# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **FREDDIE EUGENE CASEY,** | ) |
| Plaintiff, | ) Case No. 7:15CV00674 |
| v. | ) **OPINION** |
| **JACK S. HURLEY, ET AL.,** | ) By: James P. Jones |
| | ) United States District Judge |
| Defendants. | ) |

*Freddie Eugene Casey, Pro Se Plaintiff.*

By Opinion and Order entered on March 3, 2016, I summarily dismissed this pro se prisoner civil rights action under 42 U.S.C. § 1983 as frivolous. Plaintiff Freddie Eugene Casey now moves to alter or amend that judgment, alleging factual and legal errors. Specifically, I found that because Casey's contention was merely that the state circuit court erroneously applied the [Virginia DNA testing] statute in deciding his case, I did not have jurisdiction over this claim under the *Rooker-Feldman* doctrine.[1]

After review of the current motion, I remain convinced that Casey's Complaint stated no factual or legal basis for a § 1983 claim. I also find no basis

---

[1] *Rooker v. Fidelity Trust Co.*, 263 U.S. 413 (1923); *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

in his current motion to alter or amend my prior ruling.  Therefore, I will deny his motion.

A separate Order will be entered herewith.

DATED: March 21, 2016

/s/  James P. Jones
United States District Judge